

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 18 2007

FILED
CLERK'S OFFICE

|  |  |
|---|---|
| RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) MDL No. 1869 |

### CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT UNION PACIFIC RAILROAD COMPANY

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Union Pacific Railroad Company states:

1. Union Pacific Corporation, a publicly traded Utah corporation, owns 62.6% of Union Pacific Railroad Company, and Southern Pacific Rail Corporation, a Utah corporation and a wholly-owned subsidiary of Union Pacific Corporation, owns 37.4%.

2. Union Pacific Corporation is a publicly held company. No publicly owned company owns 10% or more of Union Pacific Corporation.

Respectfully submitted,

_____
ALAN M. WISEMAN
JOSEPH A. OSTOYICH
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004
202-383-6638

TYRONE R. CHILDRESS
DAVID G. MEYER
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
213-892-1800

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

Dated: June 13, 2007

**OFFICIAL FILE COPY**

IMAGED JUN 1 9 2007