MDL 1869

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) July 9, 2007
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2007

MDL DOCKET No. 1869 -- In re Rail Freight Fuel Surcharge Antitrust Litigation

## NOTICE OF APPEARANCE

FILED
CLERK'S OFFICE

PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):

SOMERSET INDUSTRIES, INC.,

Plaintiff.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):
SOMERSET INDUSTRIES, INC., on Behalf of Itself and All Others Similarly Situated

Plaintiff,

UNITED STATES DISTRICT COURT, DISTRICT OF NEW
JERSEY, CIVIL ACTION NO. 07-03280 (DMC)(MF)

v.

CSX TRANSPORTATION, INC., BSNF RAILWAY COMPANY, UNION PACIFIC RAILROAD
COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND KANSAS CITY SOUTHERN
RAILWAY COMPANY,

Defendants.

*********************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

7/17/07
Date

Signature of Attorney or Designee

Name and Address of Designated Attorney:

Ronald J. Aranoff
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street - 22nd Floor
New York, NY 10016

Telephone No.: 212-779-1414      Fax No.: 212-779-3218

Email Address: aranoff@bernlieb.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

OFFICIAL FILE COPY

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time) July 30, 2007
Panel Fax No.: (202) 502-2888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 30 2007

FILED
CLERK'S OFFICE

MDL No. 1869—IN RE Rail Freight Fuel Surcharge Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant—attach list if necessary):

Plaintiff
Quality Refractories Installation, Inc.,
d/b/a American Refractory Products

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).—attach list if necessary):

Quality Refractories Installation, Inc., d/b/a American Refractory Products v. Assoc. of American Railroads, BNSF Railway Company, CSX Transportation, Inc., Kansas City Southern Railway Company, Norfolk Southern Railway Company, Union Pacific Railroad Company (E.D.PA) No. 07-cv-2657 (filed June 25, 2007) (Hon. Cynthia M. Rufe).

*********************************************

In compliance with Rule 5.2(c), R.P.J.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendants(s) indicated. I am aware that only one attorney can be designated for each party.

July 27, 2007
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Eugene A. Spector
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Telephone No.: 215-496-0300          Fax No.: 215-496-6611

Email Address: espector@srk-law.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

MDL DOCKET NO. 1869

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served by first class mail, postage prepaid, to the firms appearing on the attached Panel service list and the additional list attached.

Dated: July 27, 2007

Jay S. Cohen

**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1869 - IN RE Rail Freight Fuel Surcharge Antitrust Litigation
Status: Pending on / /
Transferee District:     Judge:

Printed on 07/27/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Ashinoff, Reid L.<br>Sonnenschein, Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020 | => Phone: (212) 768-6700  Fax: (212) 768-6800<br>Kansas City Southern Railway Co.* |
| Boni, Michael J.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004 | => Phone: (610) 822-0200  Fax: (610) 822-0206<br>Strates Shows, Inc.* |
| Brown, Benjamin D.<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | => Phone: (202) 408-4600  Fax: (202) 408-4699<br>Dad's Products Co., Inc.*; Ferraro Foods of North Carolina, LLC; GVI. Pipe & Demolition, Inc.; McIntyre Group, Ltd. |
| Carlson, Scott W.<br>Heins, Mills & Olson, PLC<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | => Phone: (612) 338-4605  Fax: (612) 338-4692<br>Dakota Granite Co. |
| Diel, Issac L.<br>Sharp McQueen, P.A.<br>6900 College Boulevard<br>Suite 285<br>Overland Park, KS 66211 | => Phone: (913) 661-9931  Fax: (913) 661-9935  Email: dslnwkc@aol.com<br>Sublette Cooperative, Inc.* |
| Fait, Mary Jane<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>55 West Monroe Street<br>Suite 1111<br>Chicago, IL 60603 | => Phone: (312) 984-0000  Fax: (312) 984-0001  Email: fait@whafh.com<br>Zinifex Taylor Chemicals, Inc. |
| Favretto, Richard J.<br>Mayer, Brown, Rowe & Maw, LLP<br>1909 K Street N.W.<br>Washington, DC 20006-1157 | => Phone: (202) 263-3000  Fax: (202) 263-5250<br>BNSF Railway Co.* |
| Gardiner, David M.<br>Crowell & Moring<br>1001 Pennsylvania Avenue<br>Washington, DC 20004 | => Phone: (202) 624-2500  Fax: (202) 624-2500<br>CSX Transportation, Inc.* |
| Gardiner, Kent A.<br>Crowell & Moring<br>1001 Pennsylvania Avenue, NW | => Phone: (202) 624-2500  Fax: (202) 628-5116<br>CSX Transportation, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,869 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Washington, DC 20004-2595 | |
| | |
| Kaplan, Robert N.<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue<br>14th Floor<br>New York, NY 10022 | ➡ Phone: (212) 687-1980  Fax: (212) 687-7714<br>Issac Industries, Inc.* |
| | |
| Nannes, John M.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005-2111 | ➡ Phone: (202) 371-7500  Fax: (202) 661-9191<br>Norfolk Southern Railway Co.* |
| | |
| Neuwirth, Stephen R.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 | ➡ Phone: (212) 849-7165  Fax: (212) 849-7100<br>Dust Pro, Inc.* |
| | |
| Rodos, Gerald J.<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | ➡ Phone: (215) 963-0600  Fax: (215) 963-0838<br>Cedar Farms Co., Inc.* |
| | |
| Rodriguez, Lisa J.<br>Trujillo, Rodriguez & Richards, LLP<br>8 Kings Highway West<br>Haddonfield, NJ 08033 | ➡ Phone: (856) 795-9002  Fax: (856) 795-9887  Email: lisa@trrlaw.com<br>Bar-Ale, Inc.; United Co-Operative Farmers, Inc. |
| | |
| Warchot, Louis P.<br>Senior Vice President, Law & General Counsel<br>The Association of American Railroads<br>50 F Street, NW<br>Washington, DC 20001-1564 | ➡<br>Association of American Railroads |
| | |
| Wiseman, Alan M.<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | ➡ Phone: (202) 383-6638  Fax: (202) 383-6610  Email: wisemana@howrey.com<br>Union Pacific Railroad Co.*; Union Pacific Railway Co.* |

Stephen Neuwirth
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Paul Donovan
LAROE, WINN, MOERMAN &
DONOVAN
4135 Parkglen Court, N.W.
Washington, DC 20007

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, NJ 07068

Daniel Brockett
David Azar
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

Richard Scruggs
Sidney Backstrom
SCRUGGS LAW FIRM, P.A.
120A Courthouse Square
Oxford, MS 38655

*Attorneys for Plaintiff Dust Pro, Inc.*

Carol V. Gilden
COHEN, MILSTEIN HAUSFELD &
  TOLL, P.L.L.C.
39 S. LaSalle Street, Suite 1100
Chicago, IL 60603

Steig D. Olson
COHEN, MILSTEIN HAUSFELD &
  TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022

Michael D. Hausfeld
Benjamin D. Brown
COHEN, MILSTEIN HAUSFELD &
  TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, NY 14701

*Attorneys for Plaintiff Dad's Products Company, Inc.*

Michael E. Criden
Kevin B. Love, Esq.
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143

Robert Kaplan
Linda P. Nussbaum
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

*Attorneys for Plaintiff Isaac Industries, Inc.*

Mary Jane Fait
Theodore B. Bell
WOLF HADENSTEIN ADLER FREEMAN
 & HERZ, LLC
55 W. Monroe Street, Suite 111
Chicago, IL 60603

Fred Isquith
WOLF HADENSTEIN ADLER FREEMAN
 & HERZ, LLP
270 W. Madison Avenue
New York, NY 10016

Ronald B. Kowalczyk
KOWALCZYK LAW OFFICES, P.C.
215 Campbell Street
Geneva, IL 60134

*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

*Of Counsel for Plaintiff United Co-Operative Farmers, Inc.*

Lisa J. Rodriguez
TRUJILLO, RODRIGUEZ & RICHARDS L.L.C.
8 Kings Highway West
Haddonfield, NJ 08033

*Attorney for Plaintiffs Isaac Industries, Inc., Bar-Ale, Inc., and United Co-Operative Farmers, Inc.*

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 130
Conshohocken, PA 19428

3

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
FREED KANNER LONDON & MILLER
  LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Christian M. Sande
CHRISTIAN SANDE LLC
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408

Vincent J. Esades
Scott W. Carlson
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Timothy J. Peters
PETERS LAW FIRM
2116 Second Avenue South
Minneapolis, MN 55404

*Attorneys for Plaintiff Dakota Granite*

Michael D. Hausfeld
Benjamin D. Brown
COHEN MILSTEIN HAUSFELD & TOLL
 1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005

*Attorneys for Plaintiffs Dakota Granite Company, McIntyre Group, Ltd., Strates Shows, Inc. And Sublette Cooperative*

H. Laddie Montague, Jr.
Ruthanne Gordon
Eric L. Cramer
Matthew P. McCahill
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

*Attorneys for Plaintiff United Co-Operative Farmers, Inc.*

Paul F. Bennett
Seven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER
595 Market Street, Suite 2300
San Francisco, CA 94105

*Attorneys for Plaintiff Bar-Ale, Inc. Company*

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, NY 14701

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK, LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

*Attorneys for Strates Shows, Inc.*

4

William J. Schifino, Jr.
Daniel P. Dietrich
WILLIAMS SCHIFINO MANGIONE & STEADY P.A.
One Tampa City Center, Suite 3200
201 North Franklin Street
Tampa, FL 33602

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Beth R. Targan
BARRACK, RODOS & BACINEN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiff Cedar Farms Co., Inc.*

Othni J. Lathram
Richard R. Rouco
Joe R. Whatley, Jr.
WHATLEY, DRAKE & KALLAS LLC
2001 Park Place North, Suite 1000
Post Office Box 10647
Birmingham, AL 35202-0647

*Attorneys for West Alabama Sand & Gravel, Inc.*

James C. Dodge
SHARP McQUEEN, P.A.
207 S. Inman
P.O. Box 935
Sublette, KS 67877

Isaac L. Diel
SHARP McQUEEN, P.A.
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211

*Attorneys for Sublette Cooperative*

James R. Malone
Benjamin F. Johns
Joseph G. Sauder
Michael D. Gottsch
SHIMICLES & TIKELLIS LLP
One Haverford Center
361 West Lancaster Avenue
Haverford, PA 19041

Robert S. Schachter
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010

Bernard Persky
Christopher J. McDonald
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017

5

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

L. Kendall Satterfield
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007

Bryan L. Clobes
Ellen Meriwether
Jennifer Winter Sprengel
CAFFERTY FAUCHER LLP
1717 Arch Street
Philadelphia, PA 19103

*Attorneys for Nizhmekamskneftekhim USA, Inc.*

Richard J. Favretto
MAYER, BROWN, ROWE & MAW, LLP
1909 K Street N.W.
Washington, DC 20006-1157

*Attorneys for Defendant BNSF Railway Company*

John M. Nannes
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111

*Attorneys for Defendant Norfolk Southern Railway Company*

Alan M. Wiseman
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Attorneys for Defendant Union Pacific Railroad*

Reid L. Ashinoff
SONNENSCHEIN, NATH & ROSENTHAL, LLP
1221 Avenue of the Americas, 24th Floor
New York, NY 10020

*Attorneys for Defendant Kansas City Southern Railway Co.*

Kent A. Gardiner
CROWELL & MORING
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

*Attorneys for Defendant CSX Transportation, Inc.*

Matthew Ducan
FINE, KAPLAN AND BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103

*Attorneys for GVL Pipe and Demolition Inc.*

Jan Meyer
LAW OFFICES OF JAN MEYER &
ASSOCIATES, P.C.
1029 Teaneck Road
Teaneck, NJ 07666

Louis P. Warchot
Senior Vice President,
Law & General Counsel
The Association of American Railroads
50 F Street, NW
Washington, DC 20001-1564

*Attorney for Association of American Railroads*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016

Ted Leopold
RICCI LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410

*Attorneys for Carter Distribution Company*

*Attorneys for Somerset Industries, Inc.*

Dated: July 27, 2007

Jay S. Cohen

**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103