MDL 1869

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2007

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

MDL No. 1869 -- **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the District of District of Columbia hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Paul L. Friedman for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

_____
Chief Judge

Date: Oct. 22, 2007

PLEADING NO. 80

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk**
**Judicial Panel on Multidistrict Litigation**
**Thurgood Marshall Federal Judiciary Building**
**One Columbus Circle, NE**
**Room G-255, North Lobby**
**Washington, D.C. 20002-8004**



THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

**OFFICIAL FILE COPY**

IMAGED NOV 6 2007