JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 1869**

MAR -7 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST
LITIGATION

| | |
|---|---|
| Sterling Steel Co., LLC v. Union Pacific Railroad ) | |
| Co., et al., W.D. Missouri, C.A. No. 4:08-122 ) | MDL No. 1869 |

**CONDITIONAL TRANSFER ORDER (CTO-1)**

PLEADING NO. 83

On November 6, 2007, the Panel transferred seven civil actions to the United States District Court for the District of District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Paul L. Friedman.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of District of Columbia and assigned to Judge Friedman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of District of Columbia for the reasons stated in the order of November 6, 2007, and, with the consent of that court, assigned to the Honorable Paul L. Friedman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of District of Columbia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY** IMAGED MAR 2 5 2008